ROBERT WELLS, an Infant, by PEARLE WELLS, His Guardian ad Litem, Appellant, v. MARGARET MCNAMARA et al., Respondents. PEARLE WELLS, Appellant, v. MARGARET MCNAMARA et al., Respondents.—

All concur.